# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:08-cv-131-FDW

| | |
|---|---|
| ANGELA PENLAND BURTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

TAKE NOTICE that this matter has been set for hearing on Plaintiff's and Defendant's Motions for Summary Judgment (Doc. Nos. 8, 9) to be held at **2:00 p.m.** on **March 27, 2009**, in Courtroom #3 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to fifteen (15) minutes per side.

IT IS SO ORDERED.                    Signed: March 4, 2009

Frank D. Whitney
United States District Judge