# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Angela Burton,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                               3:08CV131

Michael Astrue,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/27/09 Order.

FRANK G. JOHNS, CLERK

March 31, 2009

BY: /s/_____

                Candace Cochran, Deputy Clerk