# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE CITY DIVISION
# CIVIL ACTION NO. 3:08-CV-131-FDW-DCK

| | |
|---|---|
| ANGELA P. BURTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's "Application For Attorney Fees And Costs Under The Equal Access to Justice Act", filed on April 27, 2009 (Document #17). By Response filed on the 30th day of April, 2009, Defendant advises that the parties have reached agreement on this matter entitling Plaintiff to $4,500.00 in attorney's fees, which provides for full settlement in satisfaction of any and all claims for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). The parties further agree that Plaintiff is entitled to $350.00 in costs.

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff shall be paid the sum of $4,500.00 in EAJA by the United States Social Security Administration, and $350.00 in costs by the Department of Justice.

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

Signed: April 30, 2009

David C. Keesler
United States Magistrate Judge